Eva M. Sureau, Appellant, *v.* John D. Sureau, Respondent.

Argued April 13, 1953; decided April 24, 1953.

*Arthur P. McNulty* for appellant.
*Goodwyn Kuyk* for respondent.

Order affirmed, without costs. First and third questions certified answered in the affirmative. Second and fourth questions certified answered in the negative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.